


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALFREDA WILLIAMS

v.                                    NO. 12-CV-3907

NCO FINANCIAL SYSTEMS, INC.

FILED
AUG 15 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE PRATTER, J.

AND NOW, to wit, this 15TH day of AUGUST, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,001.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Richard Sabol, Deputy Clerk

judg

**ENTERED**

AUG 1 6 2012

CLERK OF COURT